UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES -- GENERAL

Case No.   **CV 20-7743-JFW(KSx)**                                             Date:  March 17, 2021

Title:     Rosa M. Morales -v- National Credit Control Agency, Inc.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                                            None

**PROCEEDINGS (IN CHAMBERS):**      DISMISSAL OF ACTION FOR LACK OF PROSECUTION


As a result of Plaintiff's failure to serve the Summons and Complaint within 120 days after the Complaint was filed, the Court hereby dismisses this action without prejudice.  *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Initials of Deputy Clerk  sr